■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK LARKIN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—violation of probation.) Present—Dillon, P. J., Green, Pine, Lawton and Davis, JJ.